# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CORY DEONTRA BRADLEY
REG #31675-044                                                                                          PLAINTIFF

V.                                       2:11CV00153 JMM/JTR

T.C. OUTLAW,
Warden, FCI-Forrest City                                                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Officer Meadows, Nurse Wyatt, Psychologist Spitz, and the United States are ADDED as Defendants.

2.     Plaintiff may PROCEED, under *Bivens*, with his Eighth Amendment failure to protect and inadequate medical care claims against Defendants Meadows, Wyatt, and Spitz.

3. Plaintiff may PROCEED with his FTCA claims against Defendant United States.

4. All other claims and Defendants are DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted.

5. The Clerk is directed to prepare a summons for Defendants Meadows, Nurse Wyatt, Psychologist Spitz, and the United States. The United States Marshal is directed to serve the summons, the Complaint, Amended Complaint, and this Order on them, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General, without prepayment of fees and costs or security therefor.[1]

6. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this  3  day of  January , 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer federal employees, the individual responding to service shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.