# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CORY DEONTRA BRADLEY
REG #31675-044                                                                                        PLAINTIFF

V.                                           2:11CV00153 JMM/JTR

RONNIE MEADOWS, Senior Officer,
FCI-Forrest City, et al.                                                                          DEFENDANTS

## ORDER

Plaintiff, Cory Deontra Bradley, has filed this *pro se* action alleging that Defendants violated his constitutional rights and the Federal Tort Claims Act ("FTCA"). There are two nondispositive Motions pending, which the Court will address separately.

### I. Plaintiff's Motion for Discovery

On May 2, 2012, Plaintiff filed a "Motion for Discovery" asking the Court to compel Defendants to produce photographs, video recordings, and other evidence regarding the merits of his claims. *See* docket entry #51. On April 20, 2012, the Court denied Plaintiff's previously filed Motion to Compel that sought the same type of evidence. *Id.* Additionally, the Court stayed discovery on "any matters, other than the exhaustion of administrative remedies . . . until the Court rules on Defendants' Motion for Summary Judgment (docket entry #40)." *Id.* at 9. Accordingly, Plaintiff's

Motion for Discovery is denied.

## II. Plaintiff's Fourth Motion to Amend the Complaint

On May 3, 2012, Plaintiff sent the Court a letter, which was filed as his Fourth Motion to Amend the Complaint. *See* docket entry #52. In that pleading, Plaintiff states that he is *currently* being denied access to the law library, retaliated against, and inadequately protected from potential harm by other inmates. *Id.* As previously explained to Plaintiff in the April 20, 2012 Order, he cannot add any claims that arose after he commenced this action, on August 29, 2011. *See* docket entry #48. Additionally, the proposed new claims are legally and factually distinct from the claims already pending in this lawsuit. Accordingly, Plaintiff's Fourth Motion to Amend the Complaint is denied.

## III. Conclusion

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Discovery (docket entry #51) is DENIED.

2. Plaintiff's Fourth Motion to Amend the Complaint (docket entry #52) is DENIED.

Dated this 10th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE